RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (77908)
ROBERT FABELA, Sr. Deputy City Attorney (148098)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>Defendant. | Case Number: C07-06424 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

## STIPULATION

The parties stipulate through counsel that the time to respond to Plaintiffs' Complaint for Declaratory Judgment, Compensation Under the Fair Labor Standards Act and Other Relief, currently due on February 7, 2008, is extended to February 14, 2008.

WYLIE, MCBRIDE, PLATTEN & RENNER

Dated: February 7, 2008

By: _____
CAROL L. KOENIG

Attorney for Plaintiffs, JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, and KAREN ALLEN

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

C07-06424 JW
461580.doc

1

| | |
|---|---|
| | RICHARD DOYLE, City Attorney |
| Dated: February _7_, 2008 | By: _____/S/_____<br>ROBERT FABELA<br>Sr. Deputy City Attorney |
| | Attorney for Defendant CITY OF SAN JOSE |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the time to respond to Plaintiffs' Complaint for Declaratory Judgment, Compensation Under the Fair Labor Standards Act and Other Relief, currently due on February 7, 2008, is extended to February 14, 2008.

Dated: February ___, 2007

_____
UNITED STATES DISTRICT JUDGE