RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (77908)
ROBERT FABELA, Sr. Deputy City Attorney (148098)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>Defendant. | Case Number: C07-06424 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

### STIPULATION

The parties stipulate through counsel that the time to respond to Plaintiffs' Complaint for Declaratory Judgment, Compensation Under the Fair Labor Standards Act and Other Relief, currently due on February 7, 2008, is extended to February 14, 2008.

WYLIE, MCBRIDE, PLATTEN & RENNER

Dated: February 7, 2008        By: _____
                                    CAROL L. KOENIG

Attorney for Plaintiffs, JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, and KAREN ALLEN

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT        C07-06424 JW
                                                                                461580.doc

1
2
                                      RICHARD DOYLE, City Attorney

3  Dated: February __7__, 2008         By: _____/S/_____
4                                         ROBERT FABELA
                                          Sr. Deputy City Attorney

5                                 Attorney for Defendant CITY OF SAN JOSE

6
7
8
9
10
11
12
13                                    **[~~PROPOSED~~] ORDER**

14  IT IS HEREBY ORDERED that the time to respond to Plaintiffs' Complaint for
15  Declaratory Judgment, Compensation Under the Fair Labor Standards Act and Other Relief,
16  currently due on February 7, 2008, is extended to February 14, 2008.

17
18  Dated: February __8__, 2007             _____/s/ James Ware_____
                                      UNITED STATES DISTRICT JUDGE

19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT         C07-06424 JW
        461580