POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>CHRISTOPHER E. PLATTEN #111971<br>WYLIE, MCBRIDE, PLATTEN & RENNER<br>2125 CANOAS GARDEN AVE., #120<br>SAN JOSE, CA 95125 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (408) 979-2920    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFFS | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States Court-San Jose
  STREET ADDRESS: 280 South 1st Street, Rm.
  MAILING ADDRESS:
  CITY AND ZIP CODE: San Jose, CA 95113
  BRANCH NAME:

| PLAINTIFF/PETITIONER: JUAN DIAZ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF SAN JOSE | C07 06424 JW |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>267740 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ summons

   b. ☐ complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☑ other *(specify documents)*: SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

3. a. Party served *(specify name of party as shown on documents served)*:
   CITY OF SAN JOSE

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 200 E. SANTA CLARA STREET 2ND FLR
   SAN JOSE, CA 95113

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                         (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: 1/18/2008  at *(time)*: 2:05PM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   CECILIA DELGADO, DEPUTY

      (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:                    from *(city)*:                    or ☑ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: JUAN DIAZ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF SAN JOSE | C07 06424 JW |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                      (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.    CITY OF SAN JOSE
  d. ☑ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☑ 416.50 (public entity)               ☐ 415.46 (occupant)
                                    ☐ other:

7.  **Person who served papers**
  a.  Name:  Louis Gutierrez
  b.  Address: **Professional Legal Services, Inc.**, P.O. Box 28404, San Jose, CA  95159
  c.  Telephone number: 408-247-1574
  d.  **The fee** for service was: $ $72.50
  e.  I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner   ☐ employee  ☑ independent contractor.
      (ii)  Registration No.: 1057
      (iii)  County: Santa Clara

8.  ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: January 23, 2008

Louis Gutierrez                 ▶
_____        _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE )

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| CHRISTOPHER E. PLATTEN #11 971<br>WYLIE, MCBRIDE, PLATTEN & RENNER<br>2125 CANOAS GARDEN AVE., #120<br>SAN JOSE, CA 95125 | | (408) 979-2920 | |
| Attorneys for:   PLAINTIFFS | | Ref. No. Or File No.<br>267740 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES  COURT-SAN JOSE
UNITED STATES DISTRICT COURT-SAN JOSE

Plaintiff:

JUAN DIAZ

Defendant:

CITY OF SAN JOSE

| **POS BY MAIL** | Date: | Time: | Dept/Div: | Case Number:<br>C07 06424 JW |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On January 18, 2008, I served the within :

    SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; ORDER SETTING INITIAL CASE
    MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully
prepaid for first class in the United States mail at San Jose, California, addressed as follows:

        CITY OF SAN JOSE
        200 E. SANTA CLARA STREET 2ND FLR
        SAN JOSE, CA 95113

Person serving:
ROSE PENA
**PROFESSIONAL LEGAL SERVICES, INC.**
**P.O. Box 669, San Jose, CA  95106**
**408-247-1574      Fax 408-554-0855**

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: January 23, 2008             Signature:_____
                                ROSE PENA



Judicial Council form, rule 982(a)  (23)