# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated

**SUMMONS IN A CIVIL CASE**

V.

CITY OF SAN JOSE

CASE NUMBER:

**ADR**
**C07 06424 JW**
**PVT**

TO: (Name and address of defendant)
CITY OF SAN JOSE
200 EAST SANTA CLARA STREET
SAN JOSE, CA 95113

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER E. PLATTEN, ESQ.   #11191
CAROL L. KOENIG, ESQ.   #162037
WYLIE, McBRIDE, PLATTEN & RENNER
2125 CANOAS GARDEN AVENUE #120
SAN JOSE, CA 95125

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*[signature]*
(BY) DEPUTY CLERK

DATE 12/20/7

NDCAO440