1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (77908)
2  ROBERT FABELA, Sr. Deputy City Attorney (148098)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California  95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
5  E-Mail Address:  cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  JUAN DIAZ, KEITH KEESLING,                  Case Number:  C07-06424 JW
    CHRISTOPHER MURPHY, GARY
13  WEEKLEY, KAREN ALLEN and other              **STIPULATION AND [PROPOSED]**
    employees similarly situated,               **ORDER SELECTING ADR PROCESS**
14
                 Plaintiffs,
15
          v.
16

17  CITY OF SAN JOSE,

18               Defendant.

19

20       Counsel report that they have met and conferred regarding ADR and have reached

21  the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

22       The parties agree to participate in the following ADR process:

23  **Court Processes:**

24       ☐ Arbitration        ☒ ENE        ☐ Mediation

25       The parties agree to hold the ADR session by:

26  ☒    the presumptive deadline *(the deadline is 90 days from the date of the order*

27       *referring the case to an ADR process unless otherwise ordered.)*

28  ☐    other requested deadline _____.

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS        C07-06424 JW
                                                              476555

| | | |
|---|---|---|
| 1 | Dated: April 21, 2008 | WYLIE, McBRIDE, PLATTEN & RENNER |
| 2 | | |
| 3 | | By: __/s/_____<br>CAROL L. KOENIG |
| 4 | | Attorneys for Plaintiffs |
| 5 | | JUAN DIAZ, KEITH KEESLING,<br>CHRISTOPHER MURPHY, GARY<br>WEEKLEY and KAREN ALLEN |

Dated: April 21, 2008                    RICHARD DOYLE, City Attorney

By:_____/S/_____
            ROBERT FABELA
            Sr. Deputy City Attorney

Attorneys for CITY OF SAN JOSE

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Robert Fabela and Carol L. Koenig, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: April 21, 2008                    By:____/s/ Robert Fabela_____
                                              ROBERT FABELA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant. | Case Number: C07-06424 JW<br><br>**[PROPOSED] ORDER SELECTING ADR PROCESS** |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session:

- ☒ 90 days from the date of this order.
- ☐ other.

IT IS SO ORDERED.


Dated: _____        _____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge