1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (77908)
2  ROBERT FABELA, Sr. Deputy City Attorney (148098)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California  95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
5  E-Mail Address:  cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN JOSE DIVISION

11

12 | JUAN DIAZ, KEITH KEESLING,           | Case Number:  C07-06424 JW
   | CHRISTOPHER MURPHY, GARY
13 | WEEKLEY, KAREN ALLEN and other       | **STIPULATION AND [PROPOSED]**
   | employees similarly situated,        | **ORDER SELECTING ADR PROCESS**
14
                    Plaintiffs,
15
                       v.
16

17   CITY OF SAN JOSE,

18                  Defendant.

19

20     Counsel report that they have met and conferred regarding ADR and have reached

21 the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

22     The parties agree to participate in the following ADR process:

23     **Court Processes:**

24     ☐ Arbitration        ☒ ENE          ☐ Mediation

25     The parties agree to hold the ADR session by:

26  ☒  the presumptive deadline *(the deadline is 90 days from the date of the order*

27     *referring the case to an ADR process unless otherwise ordered.)*

28  ☐  other requested deadline _____.

                                        1
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS                C07-06424 JW
                                                                      476555

| | | |
|---|---|---|
| 1 | Dated: April 21, 2008 | WYLIE, McBRIDE, PLATTEN & RENNER |
| 2 | | |
| 3 | | By: ___/s/_____<br>CAROL L. KOENIG |
| 4 | | Attorneys for Plaintiffs<br>JUAN DIAZ, KEITH KEESLING, |
| 5 | | CHRISTOPHER MURPHY, GARY<br>WEEKLEY and KAREN ALLEN |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: April 21, 2008 | RICHARD DOYLE, City Attorney |
| 10 | | |
| 11 | | By:_____/S/_____<br>ROBERT FABELA |
| 12 | | Sr. Deputy City Attorney |
| 13 | | Attorneys for CITY OF SAN JOSE |

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Robert Fabela and Carol L. Koenig, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: April 21, 2008          By:___/s/ Robert Fabela_____
                                        ROBERT FABELA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>Defendant. | Case Number: C07-06424 JW<br><br>[PROPOSED] ORDER SELECTING ADR PROCESS |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☒ Early Neutral Evaluation (ENE)

☐ Mediation

☐ Private ADR

Deadline for ADR session:

☒ 90 days from the date of this order.

☐ other.

IT IS SO ORDERED.

Dated: April 23, 2008

_____
HONORABLE JAMES WARE
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS        C07-06424 JW
476555