# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Diaz, | 07-06424 JW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| City of San Jose, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Thomas Gosselin**
> Cook Roos Wilbur Thompson LLP
> 25 Metro Dr.
> Suite 600
> San Jose, CA 95110
> 408-573-5782

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-06424 JW ENE                                    - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: May 8, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Evaluator**
07-06424 JW ENE                              - 2 -