CHRISTOPHER E. PLATTEN - 111971
CAROL L. KOENIG - 162037
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone: (408) 979-2920
Facsimile: (408) 979-2934

Attorneys for Plaintiffs
Juan Diaz, Keith Keesling,
Christopher Murphy, Gary
Weekley, Karen Allen and other
employees similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE,<br><br>Defendant.<br>_____ | Case No. C07-06424-JW<br><br>NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

By this notice and motion, plaintiffs notify the court that on April 24, 2008, Plaintiffs filed a case in the San Jose Division of the Northern District of California that may qualify as a related case to this action.

On April 24, 2008, Plaintiffs filed the following case: JEFFREY WELCH, GLEN BISHOP, MITCHELL WITSINSKI, ROBERT CULBERTSON and other employees similarly situated, vs. CITY OF SAN JOSE, (Case No. C-08-02132-JF).

The action filed on April 24, 2008, may be related to this previously filed action (Diaz et al. v. City of San Jose, Case No. C07-06424-JW) in that both actions concern substantially the same parties: current and former employees of the City of

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, 1
U.S.D.C. CASE# C07-06424-JW

San Jose Fire Department as the plaintiffs and the City of San Jose as the defendant. The cases both also concern similar claims in that both cases allege violations of the Fair Labor Standards Act. Plaintiffs in both cases are represented by the same legal counsel. Some plaintiffs in the Diaz et al v. City of San Jose case employees are also plaintiffs in the Welch et al v. City of San Jose case.

Due to the overlap in evidence, parties and issues, it appears likely that there could be an unduly burdensome duplication of labor and expense . In addition, there could be possibly conflicting results if the cases are conducted before different Judges.

Local Rule 3-12 requires, under these circumstances, that counsel promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related. Local 3-12 also requires that the motion include a stipulation by the parties that the cases be designated as related or explain to the court why no stipulation is included. Plaintiffs' legal counsel requested such a stipulation from the Defendant's legal counsel and defendant's legal counsel stated that they are not willing to stipulate that the cases are related.

Therefore, Plaintiffs hereby file this motion and request that the Court consider whether the cases should be related and that the Court so order if the Court deems it appropriate.

Dated:  May 9, 2008

                    WYLIE, McBRIDE,
                    PLATTEN & RENNER

            _____/s/_____
                    CAROL L. KOENIG
                    Attorneys for Plaintiffs
       Juan Diaz, Keith Keesling, Christopher Murphy,
             Gary Weekley and Karen Allen