UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 5/12/2008  **Court Reporter:** Not Reported
**Case No.:** C-07-06424 JW  **Interpreter:** N/A
**Related Case No.:** N/A

## TITLE

**Juan Diaz et al v. City of San Jose**

**Attorney(s) for Plaintiff(s):** Carol Koenig
**Attorney(s) for Defendant(s):** Robert Fabela

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held off record in chambers. The Court set the following scheduling date:

1. Anticipated Cross-Motions for Summary Judgment to be heard on September 8, 2008 at 9:00 AM.

The parties are to file their motion in accordance to the Civil Local Rules of the Court. The Court to issue further order following case management conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: