**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Diaz, et al., | NO. C 07-06424 JW |
|         Plaintiffs,<br>  v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| City of San Jose, | |
|         Defendant._____/ | |

The Court conducted a Case Management Conference on May 12, 2008. Counsel for the respective parties were present. At the conference, the parties represented that the case may be advanced significantly through early resolution of various legal issues. In light of the parties' representations, the Court sets a hearing on the parties' anticipated cross-motions for summary judgment for **September 8, 2008 at 9 a.m.** The parties shall notice their motions in accordance with the Civil Local Rules.

All disputes regarding discovery, to the extent it is necessary, are referred to the assigned Magistrate Judge.

Dated: May 14, 2008

                                                    JAMES WARE
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Lynn Koenig ckoenig@wmjpr.com
Christopher Eugene Platten cplatten@wmjpr.com
Robert R. Fabela CAO.Main@sanjoseca.gov

**Dated:  May 14, 2008**                                  **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers                          **
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**