CHRISTOPHER E. PLATTEN - 111971
CAROL L. KOENIG - 162037
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone: (408) 979-2920
Facsimile: (408) 979-2934

Attorneys for Plaintiffs
Juan Diaz, Keith Keesling,
Christopher Murphy, Gary
Weekley, Karen Allen and other
employees similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE,<br><br>Defendant.<br>_____ | Case No. C07-06424-JW<br>C-08-02132 JF<br><br>[~~PROPOSED~~] ORDER RE: RELATED CASES |

The following cases are related cases and should be designated as such:

Juan Diaz, Keith Keesling, Christopher Murphy, Gary Weekley, Karen Allen and other employees similarly situated v. City of San Jose, (Case No. C07-06424-JW)

Jeffrey Welch, Glen Bishop, Mitchell Witsinski, Robert Culbertson and other employees similarly situated v. City of San Jose, (Case No. C08-02132 JF)

**IT IS SO ORDERED AS MODIFIED:**
The Clerk shall make the appropriate case reassignments. The Case Management Conference set if 08-02132 JF is continued to September 8, 2008 at 10:00 AM. The parties are to file a joint case management conference statement by August 28, 2008.

Dated: May __16__, 2008

_____
JUDGE JAMES WARE