**FILED**

JUL 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Diaz, | No. C 07-06424 JW ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| City of San Jose, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) 7/21/2008

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated? yes

   ☒ another session scheduled for (date) in 45 days if J. Ware signs Stip to we presente

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: 7/21/2008    _Thom Gossel_

**Evaluator, Thomas Gosselin**
Cook Roos Wilbur Thompson LLP
25 Metro Dr.
Suite 600
San Jose, CA 95110

Certification of ADR Session
07-06424 JW ENE