IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Diaz, et al., | NO. C 07-06424 JW |
|     Plaintiffs,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| City of San Jose, | |
|     Defendant._____/ | |

This case is scheduled for a case management conference on October 6, 2008. Pursuant to the Court's September 24, 2008 Order, the parties are scheduled for Early Neutral Evaluation on October 31, 2008.

In light of the parties' representation in their joint case management statement that the Early Neutral Evaluation may result in a mutually agreeable resolution, the Court continues the case management conference to **November 17, 2008 at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **November 7, 2008**. The Statement shall, among other things, (1) inform the Court of the parties' efforts to resolve the case short of trial, and (2) set forth a good faith discovery plan, including a proposed date for the close of all discovery.

Dated: October 2, 2008

                                                  JAMES WARE<br>
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Lynn Koenig ckoenig@wmjpr.com
Christopher Eugene Platten cplatten@wmjpr.com
Robert R. Fabela CAO.Main@sanjoseca.gov

| | |
|---|---|
| **Dated:  October 2, 2008** | **Richard W. Wieking, Clerk** |
| | **By:     /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |