IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Diaz, et al., | NO. C 07-06424 JW |
|       Plaintiffs,<br>  v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| City of San Jose, | |
|       Defendant. | |

On May 11, 2009, the parties are scheduled to appear for a Preliminary Pretrial Conference. Based on the parties' representation that a Preliminary Pretrial Conference would be premature in light of the parties' settlement discussions, the Court CONTINUES the May 11, 2009 Preliminary Pretrial Conference to **June 8, 2009 at 11 a.m.** The parties shall file a Joint Preliminary Pretrial Statement on or before **May 29, 2009**. The parties' Statement shall inform the Court of the status of their settlement efforts. To the extent that settlement discussions proved unfruitful, the parties shall provide proposed trial dates in their Statement.

Dated: May 6, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carol Lynn Koenig ckoenig@wmjpr.com
Christopher Eugene Platten cplatten@wmjpr.com
Daniel Alfredo Menendez dmenendez@wmprlaw.com
Robert R. Fabela CAO.Main@sanjoseca.gov

**Dated:   May 6, 2009**                               **Richard W. Wieking, Clerk**

                                                       **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**