1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California  95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
5  E-Mail Address:  cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated,<br><br>and JEFFREY WELSCH, et al,<br><br>          Plaintiffs,<br>  v.<br>CITY OF SAN JOSE,<br><br>          Defendant. | Case Number:  C07-06424 JW<br>Case Number:  C08-02132 JW<br><br>**JOINT STATUS STATEMENT**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCES** |

Pursuant to the Court's August 27, 2009 Order Vacating Preliminary Pretrial Conference, the parties hereby submit the following Joint Status Statement.  As this Court is aware, this is a Fair Labor and Standards Act case in which the Plaintiffs are asserting, based on several different theories, that Defendant City of San Jose has not paid Plaintiff firefighters overtime consistent with the Fair Labor and Standards Act for the last several years.  The City denies these allegations.

After further extensive efforts to resolve the remaining differences between the parties, the parties now believe they have reached a settlement agreement in principle, subject to proper authorization.  Over the next several weeks, the parties will endeavor to

finalize in writing the specific terms of the settlement, obtain proper authorization, and agree to a Stipulated Judgment, as is mandated in FLSA cases.

In light of the current status of this case, the parties jointly request a 75 day continuance of the Status Conference to allow them an opportunity to take the necessary steps to have this matter finalized. Should a Stipulated Judgment be filed by the parties and approved by the Court prior to the continued Status Conference, the parties ask that this matter be dismissed at that time and that the Status Conference be taken off calendar.

Dated: October 26, 2009

RICHARD DOYLE, City Attorney

By: _____/S/_____
ROBERT FABELA
Sr. Deputy City Attorney

Attorney for Defendant CITY OF SAN JOSE

Dated: October 26, 2009

WYLIE, McBRIDE, PLATTEN & RENNER

By: _____/S/_____
CAROL L. KOENIG

Attorneys for Plaintiffs JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY and KAREN ALLEN

*** **ORDER** ***

The Court finds good cause to GRANT the parties a 75-day extension to finalize their Settlement Agreement. Accordingly, the Court continues the Status Conference re: Settlement from November 2, 2009 to **February 1, 2010 at 10 a.m.** for both cases. On or before **January 22, 2010**, the parties shall file a Joint Status Statement. If Stipulate Dismissals are filed on January 22, 2010, the Status Conference will be vacated.

Dated: October 27, 2009

JAMES WARE
United States District Judge