

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN DIAZ, KEITH KEESLING, CHRISTOPHER MURPHY, GARY WEEKLEY, KAREN ALLEN and other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>Defendant. | Case Number: C07-06424 JW<br>C08-02132 JW<br><br>**ORDER CONTINUING STATUS CONFERENCE RE: SETTLEMENT** |

Based on the parties' Joint Case Management Conference Statement re: the status of their settlement efforts, the Court finds good cause to continue the Conference currently set for February 1, 2010 to **April 5, 2010 at 10 a.m.** On or before **March 26, 2010**, the parties shall file either a Stipulated Judgment and Dismissal subject to the Court's approval, or a Joint Statement updating the Court's on their settlement efforts. The Court notes that in the last two continuances, the parties have failed to timely file their Joint Statement. The parties are encouraged to make every efforts to meet the Court's preset deadlines for the next Status Conference.

Dated: January 25, 2010

_____
JAMES WARE
United States District Judge