1  RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
Office of the City Attorney
3  200 East Santa Clara Street
San José, California  95113-1905
4  Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
5  E-Mail Address:  cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  JUAN DIAZ, KEITH KEESLING,                Case Number:  C07-06424 JW
CHRISTOPHER MURPHY, GARY
13  WEEKLEY, KAREN ALLEN and other
employees similarly situated,               **STIPULATION AND [PROPOSED]**
14                                          **ORDER RE: SETTLEMENT OF FLSA**
                Plaintiffs,                  **CLAIM**
15
        v.
16

17  CITY OF SAN JOSE,

18                Defendant.

19

20        WHEREAS, this is a Fair Labor and Standards Act ("FLSA") case in which the

21  Plaintiffs are asserting, based on several different theories, that Defendant City of San Jose

22  has not paid Plaintiff firefighters overtime consistent with the FLSA for the last several years;

23        WHEREAS, the City denies these allegations;

24        WHEREAS, the parties agree that the further pursuit of this action would not be of

25  benefit to either party;

26        WHEREAS, the parties represent that they have reached a settlement in this matter,

27  which has been approved by Plaintiffs and by the San Jose City Council in closed session,

28  but is subject to approval of the San Jose City Council in regular session;

1

1    WHEREAS, through this stipulation, the parties seek an order from the Court

2    approving the tentative settlement reached by the parties, so that the parties may finalize the

3    settlement and file a stipulated judgment.

4    THEREFORE, the parties, through their respective counsel, stipulate as follows:

5    (1) The proposed settlement agreement reached by the parties in this matter is fair

6    and reasonable and will consist in substantial part of the following: (a) Plaintiffs will recover

7    from the Defendant City of San Jose back wages in an amount to be to be determined by

8    recalculating the Plaintiffs' payroll back to the pay that includes September 21, 2005 through

9    the time that settlement payment is made; (b) such recalculations and settlement payments

10   shall be calculated consistent with the proposed settlement agreement, attached hereto as

11   Exhibit A; (c) beginning the first pay period that commences after July 1, 2010, the City will

12   calculate overtime pay pursuant to the attached proposed settlement agreement; and (d) the

13   City will pay Plaintiffs' attorneys' fees and costs for both this matter as well as the related

14   case of *Jeffrey Welch, Glen Bishop, Mitchell Witsinski, Robert Culbertson, and other*

15   *employees similarly situated v. City of San Jose*, case number C08-02132 JF, in a total

16   amount of one hundred five thousand dollars ($105,000) for both cases.

17   (2)     Upon approval by the San Jose City Council of this settlement at a regular

18   session of the San Jose City Council, the parties shall submit for signature a stipulated

19   judgment incorporating the terms of this Order as well as an executed settlement agreement.

20   (3)     Any judgment amount or other consideration herein ordered shall never at any

21   time or for any purpose be considered an admission of liability or responsibility on the part of

22   any of the parties herein and that the plaintiffs waive all rights, if any be had, to further

23   liquidated damages.

24   Dated: May 13, 2010                          RICHARD DOYLE, City Attorney

25

26                                               By: _____/S/_____
                                                     ROBERT FABELA
27                                                   Sr. Deputy City Attorney

28                                               Attorney for Defendant CITY OF SAN JOSE

2

1   Dated:  May 13, 2010                              WYLIE, McBRIDE, PLATTEN & RENNER

2

3                                                       By: _____/S/_____
                                                              CAROL L. KOENIG

4                                                       Attorneys for Plaintiffs JUAN DIAZ, KEITH
                                                        KEESLING, CHRISTOPHER MURPHY,
5                                                       GARY WEEKLEY and KAREN ALLEN

6

7

8

9        ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

10       I attest that concurrence in the filing of this document by the signatories, Robert

11   Fabela and Carol Koenig, has been obtained, and that a record of the concurrence shall be

12   maintained at the Office of the City Attorney.

13   Date:  May 13, 2010                      By:_____/s/ Robert Fabela_____
                                                      ROBERT FABELA

14

15

16

17

18

19                                   **ORDER**

20       It is so ordered.   The May 24, 2010 Status Conference is vacated.

21

22   Dated:  May _18_, 2010                    _____
                                                       JAMES WARE

23

24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28

                                            3