**IT IS SO ORDERED**

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN DIAZ, <br><br> JEFFREY WELCH, GLEN BISHIP, MITCHELL WITSINSKI, ROBERT CULBERTSON and other employees similarly situated, <br><br>              Plaintiffs, <br>     v. <br><br> CITY OF SAN JOSE, <br><br>              Defendant. | **NO:  C 07-06424 JW** <br> **NO:  C 08-02132 JW** <br><br> **ORDER TO SHOW CAUSE RE: SETTLEMENT AND STIPULATED DISMISSALS** |

      On May 18, 2010 and May 21, 2010, the Court approved the parties' Stipulations re: Settlement of FLSA Claim, respectively in the above entitled cases.  (Docket Item Nos. 57 in C 07-6424 and 47 in C 08-2132.)  The parties represented that upon approval of the Settlement by the San Jose City Counsel, the parties will file the appropriate Stipulated Dismissals.  To date, nearly two and a half months later, the parties have failed to neither file the Stipulated Dismissals to bring these cases to a close or update the Court on the status of the City Counsel's approval.

      Accordingly, the Court sets **September 20, 2010 at 9 a.m.** as a hearing on an Order to Show Cause re: Settlement and Stipulated Dismissals for both cases.  On or before **September 10, 2010,** the parties shall file either Stipulated Dismissals or Status Reports to update the Court on the City Counsel's approval of the Settlement.

      Failure to adhere to this Order may subject both parties to appropriate sanctions.

Dated:  August 9, 2010

_____
JAMES WARE
United States District Judge